**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| SADDLER, JOSEPH RODNEY | |
| SADDLER, BRENDA KAE | CASE NO. 06B-03323 BWB |
| | JUDGE BRUCE W. BLACK |
| Debtor(s) | |

## TRUSTEE'S FINAL REPORT

To:    THE HONORABLE BRUCE W. BLACK
       BANKRUPTCY JUDGE

NOW COMES THOMAS B. SULLIVAN, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1.      THOMAS B. SULLIVAN, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 03/30/06. The Trustee was appointed on 03/30/06. An order for relief under Chapter 7 was entered on 03/30/06.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.      The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the Trustee's Final Report as of  is as follows:

| | | |
|---|---|---|
| a.  RECEIPTS (See Exhibit C) | $ | 44,667.17 |
| b.  DISBURSEMENTS (See Exhibit C) | $ | 8,507.42 |
| c.  NET CASH available for distribution | $ | 36,159.75 |
| d.  TRUSTEE/PROFESSIONAL COSTS | | |

|  |  |  |
|---|---|---|
| 1. Trustee compensation requested (See Exhibit E) | $ | 4,395.45 |
| 2. Trustee Expenses (See Exhibit E) | $ | 0.00 |
| 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 10,141.86 |
| e. Illinois Income Tax for Estate (See Exhibit G) | $ | |

5.      The Bar Date for filing unsecured claims expired on 03/12/07.

6.      All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|  |  |  |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 14,787.31 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 23,221.21 |
| e. Allowed unsecured claims | $ | 597,043.99 |

7.      Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.      Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $10,141.86. The total of Chapter 7 professional fees and expenses requested for final allowance is $14,537.31. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.      A fee of $850.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:   12/3/08                              RESPECTFULLY SUBMITTED,


By: /s/Thomas B. Sullivan
    THOMAS B. SULLIVAN, TRUSTEE
    1900 RAVINIA PLACE
    ORLAND PARK, IL  60462
    Telephone # (708) 226-2700

## TRUSTEE TASKS

On March 30, 2006 a voluntary Chapter 7 petition was filed on behalf of Joseph and Brenda Saddler.  A first meeting of creditors was held on June 1, 2006.

Prior to the 341 hearing the Trustee reviewed the schedules and determined that the debtors were the 100% owners of Ker Supply Co. During the Trustee's examination the debtors' testimony determined that there may have been either fraudulent or preferential transfers made prior to the filing of the case.

The Trustee took action to evaluate the case with Trustee's counsel to determine if there would be sufficient assets to administer the case and continued the 341 meeting to June 20, 2007.  The time for filing claim objections to discharge under 727 was extended to October 28, 2006.

The Trustee retained counsel to assist in the administration of the case and also received court approval to retain an accountant to prepare tax returns.

The Trustee filed an initial report of assets on December 8, 2006.

The Trustee filed an adversary complaint against Mark & Rhonda Feil alleging that the defendant received a $15,000.00 preference from the debtors.  The Feils offered to settle the preference proceeding for $7,500.00 and provided financial documentation to indicate that they did not have the financial ability to pay a higher settlement.  The $7,500.00 was accepted by the Trustee and approved by the court.

The Trustee filed an adversary complaint against the debtors denying discharge and alleging the debtors made transfers prior to the fining of the bankruptcy including over $9,000.00 to the debtor Ker Supply Co., or its creditors, over $20,000.00 to family members and $4,000 to their landlord.  The debtors have filed defenses to these allegations, have cooperated in the Trustee's recovery of settlement against family members and have offered to pay $3,050.00 in repayments of advance payments to the landlord over a three month period.  This settlement has been agreed to by the Trustee and approved by court.

A written demand has been made upon Joseph and Brenda Saddler for an alleged fraudulent transfer.  Mr. Cissna, the attorney for Joseph & Brenda Saddler has turnover over $5,075.00 to the Trustee as requested.

The Trustee was able to recover $28,700.21 from the bankruptcy estate of  Ker Supply Company.

Claims were reviewed and objections were filed.  Tax returns were prepared and filed.  A Final report was prepared and filed.

**13 HOURS @ $475.00/PER HOUR = $6,175.00**

**EXHIBIT A**

## EXHIBIT B

### DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS                                    $_____44,667.17

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                   $_____8,970.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                          $_____120,906.00

## EXHIBIT C

### CASH RECEIPTS AND DISBURSEMENTS

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** | 06B-03323 BWB | |
| **Case Name:** | SADDLER, JOSEPH RODNEY | |
| | SADDLER, BRENDA KAE | |
| **Period Ending:** | 12/01/08 | |

| | |
|---|---|
| **Trustee:** (330180) | THOMAS B. SULLIVAN, TRUSTEE |
| **Filed (f) or Converted (c):** | 03/30/06 (f) |
| **§341(a) Meeting Date:** | 06/01/06 |
| **Claims Bar Date:** | 03/12/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 35.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNTS | 2,100.00 | 0.00 | DA | 0.00 | FA |
| 3 | SECURITY DEPOSIT | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 835.00 | 0.00 | | 0.00 | FA |
| 5 | MISC CDS | 35.00 | 0.00 | | 0.00 | FA |
| 6 | MISC. FIGURINES | 40.00 | 0.00 | | 0.00 | FA |
| 7 | WEARING APPAREL | 350.00 | 0.00 | | 0.00 | FA |
| 8 | WEDDING/ANNIVERSARY RING | 1,750.00 | 0.00 | | 0.00 | FA |
| 9 | TERM LIFE | 0.00 | 0.00 | | 0.00 | FA |
| 10 | LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 11 | FIDELITY 401K | 1,031.00 | 0.00 | | 0.00 | FA |
| 12 | FIDELITY SEP | 22,250.00 | 0.00 | | 0.00 | FA |
| 13 | MERRILLY LYNCH | 50,200.00 | 0.00 | | 0.00 | FA |
| 14 | T ROWE PRICE IRA | 34,275.00 | 0.00 | | 0.00 | FA |
| 15 | 100% IN KER SUPPLY CO. | 0.00 | Unknown | | 0.00 | FA |
| 16 | A/R KER SUPPLY CO. | Unknown | Unknown | | 18,998.32 | FA |
| 17 | WAGE CLAIM | Unknown | 0.00 | | 9,661.97 | FA |

# Form 1

Page: 2

## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 06B-03323 BWB
**Case Name:** SADDLER, JOSEPH RODNEY
SADDLER, BRENDA KAE
**Period Ending:** 12/01/08

**Trustee:** (330180)    THOMAS B. SULLIVAN, TRUSTEE
**Filed (f) or Converted (c):** 03/30/06 (f)
**§341(a) Meeting Date:** 06/01/06
**Claims Bar Date:** 03/12/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | 1994 LEXUS | 6,600.00 | 0.00 | DA | 0.00 | FA |
| 19 | 1997 CAMRY | 5,275.00 | 0.00 | DA | 0.00 | FA |
| 20 | FRUADULENT TRANSFER/PREFERENCE  (u) | 5,075.00 | 5,075.00 | | 5,075.00 | FA |
| 21 | PREFERENCE  (u) | 15,000.00 | 15,000.00 | | 10,550.00 | FA |
| 22 | DEPOSIT WITH LANDLORD  (u) | 4,100.00 | 4,100.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 381.88 | Unknown |
| **23** | **Assets        Totals** (Excluding unknown values) | **$149,951.00** | **$24,175.00** | | **$44,667.17** | **$0.00** |

**Major Activities Affecting Case Closing:**

PURSUING PREFERENCE; AWAITING W2 FROM KERR SUPPLY BANKRUPTCY IN ORDER TO PREPARE TAX RETURNS

**Initial Projected Date Of Final Report (TFR):** June 30, 2007        **Current Projected Date Of Final Report (TFR):** March 31, 2009

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 06B-03323 BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | SADDLER, JOSEPH RODNEY | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | SADDLER, BRENDA KAE | Account: | ***-*****12-19 - Time Deposit Account |
| Taxpayer ID #: | 13-7549841 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/01/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/23/08 | | FUNDING ACCOUNT: ********1265 | | 9999-000 | 30,000.00 | | 30,000.00 |
| 07/21/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2800% | 1270-000 | 189.97 | | 30,189.97 |
| 10/20/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 45.19 | | 30,235.16 |
| 10/22/08 | | To Account #********1265 | Close CD via CD Rollover | 9999-000 | | 30,235.16 | 0.00 |

|  | | |
|---|---|---|
| **ACCOUNT TOTALS** | **30,235.16** | **30,235.16** | **$0.00** |
| Less: Bank Transfers | 30,000.00 | 30,235.16 |
| **Subtotal** | **235.16** | **0.00** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$235.16** | **$0.00** |

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 06B-03323 BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** SADDLER, JOSEPH RODNEY | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| SADDLER, BRENDA KAE | **Account:** \*\*\*-\*\*\*\*\*12-65 - Money Market Account |
| **Taxpayer ID #:** 13-7549841 | **Blanket Bond:** $5,000,000.00   (per case limit) |
| **Period Ending:** 12/01/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/06 | {20} | BRUCE E. CISSNA | TURNOVER OF ALLEGED FRAUDULENT TRANSFER | 1241-000 | 5,075.00 | | 5,075.00 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.00 | | 5,076.00 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 3.38 | | 5,079.38 |
| 02/01/07 | 1001 | Clerk Of The U.S. Bankruptcy Court | REIMBURSEMENT OF ADVERSARY FILING FEE TO TRUSTEE'S ATTORNEY<br>Voided on 02/01/07 | 2700-000 | | 250.00 | 4,829.38 |
| 02/01/07 | 1001 | Clerk Of The U.S. Bankruptcy Court | REIMBURSEMENT OF ADVERSARY FILING FEE TO TRUSTEE'S ATTORNEY<br>Voided: check issued on 02/01/07 | 2700-000 | | -250.00 | 5,079.38 |
| 02/01/07 | 1002 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT OF ADVERSARY FILING FEE | 2700-000 | | 250.00 | 4,829.38 |
| 02/07/07 | 1003 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #06B-03323, BOND #016026455 | 2300-000 | | 7.17 | 4,822.21 |
| 02/22/07 | {21} | MARK & RHONDA FEIL | SETTLEMENT REGARDING 07A 00067 | 1241-000 | 7,500.00 | | 12,322.21 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.82 | | 12,325.03 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 6.58 | | 12,331.61 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 6.80 | | 12,338.41 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 6.80 | | 12,345.21 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 6.37 | | 12,351.58 |
| 07/23/07 | {21} | JOSEPH  & BRENDA SADDLER | SETTLEMENT PAYMENT PER ORDER OF 7/20/07 | 1241-000 | 800.00 | | 13,151.58 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 7.10 | | 13,158.68 |
| 08/17/07 | {21} | BRENDA SADDLER | SETTLMENT PAYMENT | 1241-000 | 750.00 | | 13,908.68 |

**Subtotals :**    **$14,165.85**    **$257.17**

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 06B-03323 BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | SADDLER, JOSEPH RODNEY | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | SADDLER, BRENDA KAE | Account: | ***-*****12-65 - Money Market Account |
| Taxpayer ID #: | 13-7549841 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/01/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.38 | | 13,916.06 |
| 09/18/07 | {21} | BRENDA SADDLER | SETTLEMENT PAYMENT | 1241-000 | 750.00 | | 14,666.06 |
| 09/21/07 | {17} | KER SUPPLY CO INC. | DISTRIBUTION DUE SADDLER FROM KER SUPPLY BANKRUPTCY CASE | 1129-000 | 6,435.00 | | 21,101.06 |
| 09/21/07 | {17} | KER SUPPLY CO INC. | DISTRIBUTION FROM BANKRUPTCY ESTATE OF KER SUPPLY DUE TO SADDLER | 1129-000 | 3,226.97 | | 24,328.03 |
| 09/21/07 | {16} | KER SUPPLY CO INC. | FINAL DISTRIBUTION FROM KER SUPPLY CO DUE SADDLER | 1121-000 | 3,576.32 | | 27,904.35 |
| 09/21/07 | {16} | KER SUPPLY CO., INC. | FINAL DISTRIBUTION FROM KER SUPPLY CO. BANKRUPTCY ESTATE DUE TO SADDLER | 1121-000 | 15,422.00 | | 43,326.35 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.60 | | 43,335.95 |
| 10/17/07 | {21} | BRENDA SADDLER | SETTLEMENT PAYMENT | 1241-000 | 750.00 | | 44,085.95 |
| 10/23/07 | 1004 | JOSEPH SADDLER | EXEMPTION TO DEBTOR | 8100-002 | | 8,212.67 | 35,873.28 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 25.58 | | 35,898.86 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 20.57 | | 35,919.43 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 18.29 | | 35,937.72 |
| 01/23/08 | | ACCOUNT FUNDED: ********1219 | | 9999-000 | | 30,000.00 | 5,937.72 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 12.98 | | 5,950.70 |
| 02/11/08 | 1005 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #06B-03323, BOND #016026455 - TERM 2/1/08-2/1/09 | 2300-000 | | 37.58 | 5,913.12 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.22 | | 5,914.34 |

| | | | Subtotals : | | $30,255.91 | $38,250.25 | |

{} Asset reference(s)

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 06B-03323 BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | SADDLER, JOSEPH RODNEY | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | SADDLER, BRENDA KAE | Account: | ***-*****12-65 - Money Market Account |
| Taxpayer ID #: | 13-7549841 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/01/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 1.11 | | 5,915.45 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 0.82 | | 5,916.27 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.76 | | 5,917.03 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.75 | | 5,917.78 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.75 | | 5,918.53 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.70 | | 5,919.23 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 0.77 | | 5,920.00 |
| 10/22/08 | | From Account #********1219 | Close CD via CD Rollover | 9999-000 | 30,235.16 | | 36,155.16 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 1.63 | | 36,156.79 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 2.96 | | 36,159.75 |

|  |  | | | | | |
|---|---|---|---|---|---|---|
| **ACCOUNT TOTALS** | | | | 74,667.17 | 38,507.42 | **$36,159.75** |
| Less: Bank Transfers | | | | 30,235.16 | 30,000.00 | |
| **Subtotal** | | | | **44,432.01** | **8,507.42** | |
| Less: Payments to Debtors | | | | | 8,212.67 | |
| **NET Receipts / Disbursements** | | | | **$44,432.01** | **$294.75** | |

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 06B-03323 BWB |
| **Case Name:** | SADDLER, JOSEPH RODNEY |
| | SADDLER, BRENDA KAE |
| **Taxpayer ID #:** | 13-7549841 |
| **Period Ending:** | 12/01/08 |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****12-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 44,667.17 |
| Less Payments to Debtor : | 8,212.67 |
| Net Estate : | $36,454.50 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **CD # ***-*****12-19** | 235.16 | 0.00 | 0.00 |
| **MMA # ***-*****12-65** | 44,432.01 | 294.75 | 36,159.75 |
| **Checking # ***-*****12-66** | 0.00 | 0.00 | 0.00 |
| | **$44,667.17** | **$294.75** | **$36,159.75** |

{} Asset reference(s)

Printed: 12/01/2008 02:35 PM     V.10.54

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:

SADDLER, JOSEPH RODNEY
SADDLER, BRENDA KAE

Debtor(s)

CHAPTER 7 CASE

CASE NO. 06B-03323 BWB

JUDGE BRUCE W. BLACK

## PROPOSED DISTRIBUTION REPORT

I, THOMAS B. SULLIVAN, TRUSTEE, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | | |
|---|---|---|
| Secured Claims: | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 14,787.31 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 21,372.44 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 0.00 |

TOTAL AMOUNT TO BE DISTRIBUTED:                                      $        36,159.75

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 14,787.31 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | Clerk Of The U.S. Bankruptcy Court | 250.00 | 250.00 |
| ADMIN2 | THOMAS B. SULLIVAN, TRUSTEE | 4,395.45 | 4,395.45 |
| ADMIN3 | Grochocinski, Grochocinski & Lloyd, Ltd. | 9,123.50 | 9,123.50 |
| ADMIN4 | Grochocinski, Grochocinski & Lloyd, Ltd. | 158.16 | 158.16 |
| ADMIN5 | Alan D. Lasko | 860.20 | 860.20 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

§507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $ 0.00 | 0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(7) - Alimony | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

|  |  | TOTAL | $ | 0.00 |
|--|--|-------|---|------|

| **11.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---------|--------------------|---------------------------|---------------------|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 23,221.21 | 92.04% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|------------------|--------------|-----------------------|------------------------|
| 004 | DEPT OF TREASURY - IRS | 23,221.21 | 21,372.44 |
| | | TOTAL        $ | 21,372.44 |

| **12.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---------|--------------------|---------------------------|---------------------|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|------------------|--------------|-----------------------|------------------------|
| | | TOTAL        $ | 0.00 |

| **13.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---------|--------------------|---------------------------|---------------------|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 585,157.82 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|------------------|--------------|-----------------------|------------------------|
| 001 | CAPITAL ONE BANK | 46,441.88 | 0.00 |
| 002 | CAPITAL ONE FSB | 46,948.00 | 0.00 |
| 003 | COMBINED MACHINE SALES & SERVICE INC. | 230.20 | 0.00 |
| 004 | DEPT OF TREASURY - IRS | 3,670.71 | 0.00 |
| 005 | OSSIAN INC. | 5,865.30 | 0.00 |
| 006 | FRANTZ COMPANY | 1,065.46 | 0.00 |
| 007 | CHASE BANK USA NA | 11,851.83 | 0.00 |
| 008 | CHASE BANK USA NA | 34,157.61 | 0.00 |
| 009 | KENNETH L SCHUTTLER | 316,998.79 | 0.00 |
| 010 | TORNADO CORPORATION | 4,857.88 | 0.00 |
| 011 | NYCO PRODUCTS CO | 3,302.04 | 0.00 |
| 012 | BATTERY SERVICE CORP | 4,415.32 | 0.00 |
| 013 | SAALFIELD REDISTRIBUTION | 50,948.47 | 0.00 |
| 014 | TAPE PRODUCTS CO | 243.36 | 0.00 |
| 015 | RALPH SADDLER | 5,075.00 | 0.00 |
| 016 | AMERICAN EXPRESS BANK FSB | 19,498.92 | 0.00 |

| 017 | E CAST SETTLEMENT CORP ASSIGNEE OF HSBC BANK  NEVADA NA | | 7,471.63 | | 0.00 |
| 018 | CANBERRA CORPORATION | | 22,115.42 | | 0.00 |
| | | TOTAL | | $ | 0.00 |

| **14.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | | **FINAL DIVIDEND%** |
| --- | --- | --- | --- | --- |
| General Unsecured Subordinated claims | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ | 0.00 |

| **15.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | | **FINAL DIVIDEND%** |
| --- | --- | --- | --- | --- |
| §726(a)(3) - Late unsecured claims | | $ | 11,886.17 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | | **PROPOSED ALLOWANCE** |
| 019 | LVNV FUNDING LLC ITS SUCESSORS AND ASSIGNS AS | | 11,886.17 | 0.00 |
| | | TOTAL | $ | 0.00 |

| **16.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | | **FINAL DIVIDEND%** |
| --- | --- | --- | --- | --- |
| §726(a)(4) - Fines/penalties | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ | 0.00 |

| **17.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | | **FINAL DIVIDEND%** |
| --- | --- | --- | --- | --- |
| §726(a)(5) - Interest | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ | 0.00 |

| **18.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | | **FINAL DIVIDEND%** |
| --- | --- | --- | --- | --- |
| §726(a)(6) - Surplus to Debtor | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | | **PROPOSED ALLOWANCE** |

TOTAL     $          0.00

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| | | | | DISALLOWED |
| **TYPE OF** | **CLAIM** | | **AMOUNT** | **/WITHDRAWN** |
| **CLAIM** | **NUMBER** | **CREDITOR AND ADDRESS** | **OF CLAIM** | **(DESIGNATE)** |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____          _____

THOMAS B. SULLIVAN, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Fees | 0.00 | 9,123.50 | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Expenses | 0.00 | 158.16 | |
| | | | 9,281.66 |
| **Accountant for Trustee** | | | |
| Alan D. Lasko Fees | 0.00 | 860.20 | |
| | | | 860.20 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $ 0.00 | $ 10,141.86 | $ 10,141.86 |

1