**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: <br> SADDLER, JOSEPH RODNEY <br> SADDLER, BRENDA KAE <br><br> Debtor(s) | CHAPTER 7 CASE <br><br> CASE NO. 06B-03323 BWB <br><br> JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: Will County Court Annex
    57 N. Ottawa Street, Courtroom 201
    Joliet, Illinois 60432

    on: **February 20, 2009**
    at: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                            $         44,667.17

    b. Disbursements                       $          8,507.42

    c. Net Cash Available for Distribution $         36,159.75

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Clerk Of The U.S. Bankruptcy Court <br> (US Bankruptcy Court ) | 0.00 | | $250.00 |

| | | |
|---|---:|---:|
| THOMAS B. SULLIVAN, TRUSTEE (Trustee Fees) | 0.00 | $4,395.45 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Fees) | 0.00 | $9,123.50 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Expenses) | 0.00 | $158.16 |
| Alan D. Lasko (Trustee's Accountant Fees) | 0.00 | $860.20 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $23,221.21 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 92.04%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 004 | DEPT OF TREASURY - IRS | $ 23,221.21 | $ 21,372.44 |

7.   Claims of general unsecured creditors totaling $585,157.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 001 | CAPITAL ONE BANK | $ 46,441.88 | $ 0.00 |
| 002 | CAPITAL ONE FSB | $ 46,948.00 | $ 0.00 |
| 003 | COMBINED MACHINE SALES & SERVICE INC. | $ 230.20 | $ 0.00 |
| 004 | DEPT OF TREASURY - IRS | $ 3,670.71 | $ 0.00 |
| 005 | OSSIAN INC. | $ 5,865.30 | $ 0.00 |
| 006 | FRANTZ COMPANY | $ 1,065.46 | $ 0.00 |
| 007 | CHASE BANK USA NA | $ 11,851.83 | $ 0.00 |
| 008 | CHASE BANK USA NA | $ 34,157.61 | $ 0.00 |
| 009 | KENNETH L SCHUTTLER | $ 316,998.79 | $ 0.00 |
| 010 | TORNADO CORPORATION | $ 4,857.88 | $ 0.00 |
| 011 | NYCO PRODUCTS CO | $ 3,302.04 | $ 0.00 |
| 012 | BATTERY SERVICE CORP | $ 4,415.32 | $ 0.00 |

| | | | |
|---|---|---:|---:|
| 013 | SAALFIELD REDISTRIBUTION | $ 50,948.47 | $ 0.00 |
| 014 | TAPE PRODUCTS CO | $ 243.36 | $ 0.00 |
| 015 | RALPH SADDLER | $ 5,075.00 | $ 0.00 |
| 016 | AMERICAN EXPRESS BANK FSB | $ 19,498.92 | $ 0.00 |
| 017 | E CAST SETTLEMENT CORP ASSIGNEE OF HSBC BANK NEVADA NA | $ 7,471.63 | $ 0.00 |
| 018 | CANBERRA CORPORATION | $ 22,115.42 | $ 0.00 |
| 019 | LVNV FUNDING LLC ITS SUCESSORS AND ASSIGNS AS | $ 11,886.17 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, checking, security deposit, 1994 Lexus, 1997 Camry, deposit with landlord

Dated: **January 27, 2009**          For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:  THOMAS B. SULLIVAN, TRUSTEE
Address:  1900 RAVINIA PLACE
          ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| SADDLER, JOSEPH RODNEY | |
| SADDLER, BRENDA KAE | CASE NO. 06B-03323 BWB |
| | JUDGE BRUCE W. BLACK |
| Debtor(s) | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 4,395.45 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 4,395.45 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 9,123.50 |
| | b. Expenses | $ | 158.16 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 860.20 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |

3. Other Professionals

                      TOTAL      $<u>    10,141.86</u>

  IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____ , 200 __ .

            ENTERED  _____
                 BRUCE W. BLACK
                 UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 3                   Date Rcvd: Jan 27, 2009
Case: 06-03323                 Form ID: pdf002              Total Served: 106

The following entities were served by first class mail on Jan 29, 2009.
db          +Joseph Rodney Saddler,    1301 Rock Run #103,    Crest Hill, IL 60403-1781
jdb         +Brenda Kae Saddler,    1301 Rock Run #103,    Crest Hill, IL 60403-1781
aty         +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +John C Renzi,   June Prodehl & Renzi LLC,    1861 Black Road,    Joliet, IL 60435-3591
tr          +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
10668890    +Aargus Plastics, Inc.,    540 Allendale Drive,    Wheeling, IL 60090-2603
10668891    +Acme Packaging Systems,    19 W. 751 101st Street,    Lemont, IL 60439-9668
10668892    +Activant Solutions, Inc.,    19 West College Ave.,    Morrisville, PA 19067-1516
10668893    +Air Filter Engineers, Inc.,    901 Elizabeth St.,    Elgin, IL 60120-8417
10668894    +Allied Waste Services,    P.O. Box 9001154,    Louisville, KY 40290-1154
10668895    +American Express,    Becket and Lee LLP,   P O Box 3001,    Malvern, PA 19355-0701
11188795     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10668901    +BN Cardz, Inc.,    1205 Ashford Lane,    Joliet, IL 60431-8685
10668896     Bank of America,    P.O. Box 1070,    Newark, NJ 07101-1070
10668897    +Battery Services Corp.,    Attn: Ray,    410S. Evergreen Street,    Bensenville, IL 60106-2597
10668898    +Bill Jacobs Joliet, L.L.C.,    2001 W. Jefferson St.,    Joliet, IL 60435-8123
10668899    +Bio Star Films, L.L.C.,    P.O. Box 2507,    Bridgeview, IL 60455-6507
10668900    +Blakeman’s,    1760 Gilsinn Lane,    Fenton, MO 63026-2004
10668902     Bobrick Washroom Eq. Inc.,    Rolfe Sanders,    9933 Lauder,    Skokie, IL 60077
10668917     CPC,   P.O. Box 667770,    Pompano Beach, FL 33066-7770
10668918    +CPI Plastics Mid America,    10680 88th Ave.,    Pleasant Prairie, WI 53158-2309
10668903     Canberra Corporation,    3610 Holland Corporation,    Toledo, OH 43615
10762816    +Capital One Bank,    c/o Tsys Debt Management,    PO Box 5155,    Norcross, GA 30091-5155
10668904    +Capital One F.S.B.,    Remittance Processing,    P.O. Box 34631,    Seattle, WA 98124-1631
10869124     Capital One FSB,    10800 Nuckols Rd,    Zip 12018 0180,    Glen Allen, VA 23060-6207
10668905    +Carnow & Associates, Ltd.,    778 Frontage Rd.,    Suite 101,    Northfield, IL 60093-1209
10668906    +Champion Packaging,    1840 International Pkwy.,    Woodridge, IL 60517-4944
11081507    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10668908     Chase Card Services,    P.O. Box 8650,    Wilmington, DE 19899-8650
10668907     Chase Card Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
10668909    +Chem-Master,   Attn: Karl Kubon,    715 Estes Ave.,    Schaumburg, IL 60193-4404
10668910    +Cingular Wireless,    P.O. Box 6428,    Carol Stream, IL 60197-6428
10668911     Citi Cards,    P.O. Box 688910,    Des Moines, IA 50368-8910
10668912    +City of Joliet,    150 W. Jefferson,    Joliet, IL 60432-4158
10668913    +Claire Manufacturing Co.,    1005 Westgate Dr.,    Addison, IL 60101-5021
10668915    +Combined Machine Sales & Service In,    707 E. Murry St.,    Indianapolis, IN 46227-1169
10668916    +Complete Salt Service, Inc.,    6912 Main St.,    Ste. 214,    Downers Grove, IL 60516-3450
10668919    +Crown Chemicals, Inc.,    4701 W. 136th St.,    Crestwood, IL 60445-1968
10668920    +DRI-RITE Co., Inc.,    13636 Western Ave.,    Blue Island, IL 60406-3277
10668921    +EC Grow,    Damon Express,    1420 Thorndale,    Elk Grove Village, IL 60007-6751
10668922     EDIC,    1753 Blake Ave.,    Los Angeles, CA 90031-1006
10668923    +Euroclean,    Team One Sales,    1325 Wiley Road, Ste. 165,    Schaumburg, IL 60173-4355
10668924    +Ex-Cell,    Attn: Barb Team One,    11240 Melrose St.,    Franklin Park, IL 60131-1332
10668925     Exxon/Mobil,    P.O. Box 4575,    Carol Stream, IL 60197-4575
10668926    +Federal International Chemical,    Valspar Corporation,    2841 S. Ashland Ave.,
              Chicago, IL 60608-5322
10668927    +Finkle Supply, Inc.,    Attn: Pat,    1285 Hamilton Parkway,    Itasca, IL 60143-1150
10668928    +Flo-Pac Corp. Midwest Division,    918 N.Third St.,    Minneapolis, MN 55401-1007
10668929    +Fort Dearborn Life,    36548 Eagle Way,    Chicago, IL 60678-0001
10668930    +Fox Valley Containers, Inc.,    835 Commerce Pkwy.,    Carpentersville, IL 60110-1721
10668931    +Frantz Company,    12314 W. Milwaukee Spring Dr.,    Milwaukee, WI 53225-2918
10668932   ++++GLARO, INC.,    735 CALEBS PATH,    HAUPPAUGE NY 11788-4201
             (address filed with court: Glaro, Inc.,    735 Old Willets Path,    Hauppauge, NY 11788)
10668933     Graco Manufacturing Co.,    One T & G Way,    Blackwood, NJ 08012
10668934    +H & S Mfg. Inc.,    P.O. Box B,    Williston, ND 58801
10668935     HSBC Card Services,    P.O. Box 17332,    Baltimore, MD 21297-1332
10668939    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10668936    +Illinois Dept. of Revenue,    Banruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
10668937    +Impact Produts, Inc.,    2840 Centinnial Rd.,    Toledo, OH 43617-1898
10668940    +J. Merle Jones,    103 S. Larkin Ave.,    Joliet, IL 60436-1298
10668941    +JUNE, PRODEHL & RENZI, LLC,    1861 Black Road,    Joliet, IL 60435-3591
10668942    +Kenneth L. Schuttler,    c/o Steven P. Troy,    5 E. Van Buren St., Ste. 306,
              Joliet, IL 60432-4225
10668945    +Key Tech Corporation,    20508 56th Ave. West,    Suite A,    Lynnwood, WA 98036-7650
10668946    +Kutol, Inc.,    305 Canal St.,    Lemont, IL 60439-3603
10668950     MBNA America,    P.O. Box 15286,    Wilmington, DE 19886-5286
10668947    +Manifest Funding Services,    P.O. Box 790448,    Saint Louis, MO 63179-0448
10668948    +Mark Feil,    826 Holiday Dr.,    Sandwich, IL 60548-9247
10668949     Maytag Services, LLC.,    P.O. Box 95906,    Chicago, IL 60694-5906
10668951    +Midwest Ind. Lightening Inc.,    919 W. 38th St.,    Chicago, IL 60609-1491
11089789    +NYCO Products Co,    Attn Customer Service,    5332 Dansher Rd,    Countryside, IL 60525-3124
10668953    +NYCO Products Co.,    Attn: Customer Service,    5332 Dansher Rd.,    La Grange, IL 60525-3124
10668953    +Nuance Solutions,    900 E. 103rd Street,    Ste. D,    Chicago, IL 60628-3091
```

```
District/off: 0752-1          User: amcc7                 Page 2 of 3            Date Rcvd: Jan 27, 2009
Case: 06-03323                Form ID: pdf002             Total Served: 106

10668955     +Ossian, Inc.,    635 S. Elmwood Ave.,    Davenport, IA 52802-2129
10668956     +Palmer Packaging, Inc.,    423 Grace Street,    Addison, IL 60101-4306
10668957     +Papercraft Inc.,    Bunzel Chicago,    1533 Davey Rd.,    Woodridge, IL 60517-4940
10668958      Pitney Bowes Inc.,    P.O. Box 85390,    Louisville, KY 40285-5390
10668959     +Producers Chemical Co.,    Attn: Brian,    1355 S. River Rd.,    Batavia, IL 60510-9649
10668960     +RAMROD Distributions,    310 Beinoris Dr.,    Wood Dale, IL 60191-1223
10668961   ++++RATHBURN, CSERVANYK & KOZOL,    24201 W MAIN ST,    PLAINFIELD IL  60544-2832
               (address filed with court: Rathburn, Cservanyk & Kozol,    618 W. Main St.,
                 Plainfield, IL 60544)
11129751     +Ralph Saddler,    9540 E Co Rd 725 S,    Velpen IN 47590-8950
10668962     +Rendels Inc.,    139 E. VanBuren St.,    Joliet, IL 60432-4219
10668965      SBC,    Attn: Bankruptcy Desk,    P.O. Box 769,    Arlington, TX 76004-0769
10668963      Saalfield Redistribution,    P.O. Box 481234,    Hebron, KY 41048-1234
10668964      Sanfacon Industries,    1980 5th Street,    St. Romauld, QU
10668966      Smith Lee,    537 Pitch St.,    Oneida, NY 13421
10668968     +Specialmade R.M. Parts,    141 Marcel Dr.,    Winchester, VA 22602-4844
10668969     +SpillTec,    Attn: Angie,    1627 O’Donoghue Street,    Mobile, AL 36615-1314
10668970     +Stearns Packaging Corp.,    P.O. Box 3216,    Madison, WI 53704-0216
10668977     +TXF Products, Inc.,    Team 1 Sales,    1325 Wiley Rd, Ste. 165,    Schaumburg, IL 60173-4355
10668971     +Tacony Corporation,    3243 S. Jones St.,    Fort Worth, TX 76110-4310
10668972     +Tape Products Co.,    1401 Davey Rd.,    Woodridge, IL 60517-5044
10668973     +The Vac Shop Incorporated,    7514 West Belmont Ave.,    Chicago, IL 60634-3316
10668974     +Thorne Electric Co.,    P.O. Box 18363,    San Antonio, TX 78218-0363
10668975     +Tolco Corporation,    1920 Linwood Ave.,    Toledo, OH 43604-5293
10668976     +Tornado Corporation,    7401 W. Lawrence Ave.,    Chicago, IL 60706-3411
10668978     +Unger Enterprises,    1325 Wiley Rd.,    Suite 165,    Schaumburg, IL 60173-4355
10668979     +Vend-Rite Manufacturing,    6029 W. 31st Street,    Cicero, IL 60804-3707
10668980      Village of Addison,    One Friendship Plaza,    Addison, IL 60101-2786
10668981     +Viper,    P.O. Box 104,    Hamilton, MI 49419-0104
10668982     +Voss Equipment Inc.,    15241 S. Commercial Ave.,    Harvey, IL 60426-2396
10668983     +Waste Managment of Illinois Sewer,    2100 Moen Ave.,    Rockdale, IL 60436-9057
10668984     +Worldwide Marketing Association,    864 Groton Lane,    Bartlett, IL 60103-1621
11188970      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on Jan 27, 2009.
10668914      E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            Com Ed,
               Bill Payment Center,    Chicago, IL 60668-0001
12149254      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
10668952     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,
               Attn: Bankruptcy & Collections,    P.O. Box 549,    Aurora, IL 60507-0549
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10668938      Ingalls Ave Investments
10668943      KER SUPPLY Co. Inc.(Bankrupt)
10668944      KER SUPPLY Inc., Co.(Bankrupt)
10668967      Special Vendor
11084847*    +Tornado Corporation,    7401 W Lawrence Ave,    Chicago, IL 60706-3411
                                                                                   TOTALS: 4, * 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’++++’ were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0752-1          User: amcc7           Page 3 of 3            Date Rcvd: Jan 27, 2009
Case: 06-03323                Form ID: pdf002       Total Served: 106
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2009**                    **Signature:**    *Joseph Speetjens*